**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6660**

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      v.

RANDY CHRISTOPHER BROWN,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda Wright Allen, District Judge.  (4:08-cr-00103-AWA-FBS-1)

Submitted:  August 21, 2012          Decided:  August 28, 2012

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Randy Christopher Brown, Appellant Pro Se.  Scott Christopher Alleman, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia; Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Christopher Brown appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>United States v. Brown</u>, No. 4:08-cr-00103-AWA-FBS-1 (E.D. Va. Mar. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>